IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Juul Labs, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:18cv1207-LO-IDD |
| | ) |
| The Unincorporated Associations Identified | ) |
| in Schedule A, | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

A default having been entered against the defendants and counsel for the plaintiff having requested judgment against the defaulted defendants and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that the plaintiff, Juul Labs, Inc. recover of the defendants, The Unincorporated Associations Identified in Schedule A, the sum of 4,000,000.00 per defendant.

It is further ORDERED that:

(1) Defendants are permanently enjoined from making, using, selling, or offering for sale unauthorized products containing the Juul Labs Trademarks;

(2) PayPal, Inc. shall release to Plaintiff the monies currently restrained in Defendants' financial accounts as partial payment of the above-identified damages within five (5) business days of the date of this Order;

(3) AliPay, US, Inc. and/or Ant Financial Services Group shall release to Plaintiff the monies currently restrained in Defendants' financial accounts as partial payment of the above-identified damages within five (5) business days of the date of this Order;

(4) Until Plaintiff has recovered full payments of the monies owed to it by any Defendants, Plaintiff shall have ongoing authority to serve this Order on PayPal or AliPay in the event that any new PayPal or AliPay accounts controlled by or operated by Defendants are identified. Upon receipt of the Order, PayPal and AliPay shall within two (2) business days (a) locate all accounts and funds connected to Defendants or Defendants' internet stores, and (b) restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other Defendants'

assets; and within ten (10) business days (c) release all monies restrained in Defendants' Pay Pal and AliPay accounts to Plaintiff as partial payment of the above-identified damages.

Dated at Alexandria, Virginia, this 5th day of April, 2019.

                                                FERNANDO GALINDO
                                                CLERK OF COURT

                                      BY: _____/s/_____
                                                       Deputy Clerk

## Appendix A

| No. | Seller ID/Defendant Store | Defendant Email |
|---|---|---|
| 4 | dingnian_fushi | caileilei_158@126.com |
| 5 | e-shop99 | contacteshop99@gmail.com |
| 6 | huilin_8 | zhouhl002@hotmail.com |
| 9 | CYAN E-Cigarettes Store | penghou281601343@163.com |